JS 44 (Rev. 09/19) **CIVIL COVER SHEET**   5:20-1313

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Adlife Marketing & Communications Company, Inc.

**DEFENDANTS**
Yoder's Meats, Inc.

**(b)** County of Residence of First Listed Plaintiff   Providence
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Lancaster
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Richard Liebowitz, Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, NY 11580. Tele: 516-233-1660

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*   Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane  **PERSONAL INJURY** | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability  ☐ 365 Personal Injury - Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander  ☐ 367 Health Care/ Pharmaceutical |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability  Personal Injury Product Liability |  | ☒ 820 Copyrights  ☐ 830 Patent | ☐ 430 Banks and Banking  ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine  ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability  **PERSONAL PROPERTY** |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle  ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability  ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff)  ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury  ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice  ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI  ☐ 865 RSI (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |  | ☐ 751 Family and Medical Leave Act |  | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights  **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting  ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment  ☐ 510 Motions to Vacate Sentence |  |  | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations  ☐ 530 General |  |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment  ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other  ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education  ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 USC 101
Brief description of cause:
Copyright Infringement

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions)*:
JUDGE
DOCKET NUMBER

MAR - 5 2020

DATE  3/3/2020
SIGNATURE OF ATTORNEY OF RECORD  /s/Richard Liebowitz

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.



**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

20      1313

### DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 38 Church Street, Pawtucket, RI 02860

Address of Defendant: 14 South Tower Road, New Holland, PA 17557     *Yoder's Meats, Inc.*

Place of Accident, Incident or Transaction: 14 South Tower Road, New Holland, PA 17557

---

**RELATED CASE, IF ANY:**

Case Number: _____     Judge: _____     Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?     Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?     Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?     Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?     Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 3/6/2020     _Richard Liebowitz_     RL1234
                    *Must sign here*
                    *Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.   Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☒ 11. All other Federal Question Cases
       *(Please specify):* Copyright Infringement

**B.   Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
       *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Richard Liebowitz , counsel of record *or pro se plaintiff*, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

MAR - 5 2020

DATE: 3/6/2020     _Richard Liebowitz_     RL1234
                    *Sign here if applicable*
                    *Attorney-at-Law / Pro Se Plaintiff*     *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Adlife Marketing & Communications, Inc. | : | CIVIL ACTION |
| v. | : | 20   1313 |
| Yoder's Meats, Inc. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.        (X)

| | | |
|---|---|---|
| Text | Richard Liebowitz | Adlife Marketing & Communications, Inc. |
| Date | Attorney-at-law | Attorney for |
| 516-233-1660 | 516-612-2740 | RL@LiebowitzLawFirm.com |
| Telephone | FAX Number | E-Mail Address |

(Civ. 660) 10/02

MAR - 5 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC. | |
| Plaintiff, | |
| - against - | |
| YODER'S MEATS, INC. | |
| Defendant. | |

**20      1313**

Docket No.

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Adlife Marketing & Communications Company, Inc. ("Adlife" or "Plaintiff") by and through its undersigned counsel, as and for its Complaint against Defendant Yoder's Meats, Inc. ("Yoder's Meats" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of copyrighted photographs food products, owned and registered by Adlife, an advertising agency specializing in design, digital marketing, print advertising and photography. Accordingly, Adlife seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.*

### JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.     This Court has personal jurisdiction over Defendant's because Defendant's resides in and/or are doing business in Pennsylvania.

4.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.     Adlife is an advertising agency specializing in design, digital marketing, print advertising and photography having a usual place of business at 38 Church Street, Pawtucket, Rhode Island 02860.

6.     Upon information and belief, Yoder's Meats is a domestic business corporation duly organized and existing under the laws of the State of Pennsylvania, with a principal place of business at 14 South Tower Road, New Holland, PA 17557.

## STATEMENT OF FACTS

**A.     Background and Plaintiff's Ownership of the Photographs**

7.     Adlife is copyright holder of food product photographs (the "Photographs"). A true and correct copy of the Photographs are attached hereto as Exhibits A.

8.     Adlife has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

9.     The Photographs were registered with the United States Copyright Office. See Exhibits A.

**B.     Defendant's Infringing Activities**

10.     Upon information and belief, Yoder's Meats copied the Photographs and placed it on their circulars for their weekly advertisements for their food products. A true and correct copy of the advertisements with the Photographs are attached hereto as Exhibits A.

11.     Defendant's did not license the Photographs from Plaintiff, nor did Defendant's have Plaintiff's permission or consent to publish the Photographs on its Advertisements.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

12.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

13.     Defendant infringed Plaintiff's copyright in the Photographs by distributing, reproducing and publicly displaying the Photographs on the Advertisements. Defendant is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17.     Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photographs, pursuant to 17 U.S.C. § 504(c).

18.     Plaintiff further is entitled to its attorney's fees and full costs pursuant to

17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant be adjudged to have infringed upon Plaintiff's copyrights in the

   Photographs in violation of 17 U.S.C §§ 106 and 501;

2.     Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits,

   gains or advantages of any kind attributable to Defendant's infringement of

   Plaintiff's Photographs; or b) alternatively, statutory damages of up to $150,000

   per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.     That Defendant be required to account for all profits, income, receipts, or other

   benefits derived by Defendant's as a result of its unlawful conduct;

4.     That Plaintiff be awarded its costs, expenses and attorneys' fees pursuant to

   17 U.S.C. § 505;

5.     That Plaintiff be awarded pre-judgment interest; and

6.     Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       March 3, 2020

                                            LIEBOWITZ LAW FIRM, PLLC
                                            By: /s/Richard Liebowitz
                                               Richard P. Liebowitz
                                            11 Sunrise Plaza, Suite 305

Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Adlife*
*Marketing & Communications*
*Company, Inc.*

# EXHIBIT A



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## YODER'S COUNTRY MARKET

### MAILING ADDRESS:

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

### PHONE NUMBER:

717 354 4748



IMAGE:
BeefBottomRoundRoast018_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002025765



# adlife
MARKETING & COMMUNICATIONS

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## YODER'S COUNTRY MARKET

### MAILING ADDRESS:

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

### PHONE NUMBER:

717 354 4748



IMAGE:
Blueberry003_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002047017



# adlife
MARKETING & COMMUNICATIONS

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## YODER'S COUNTRY MARKET

### MAILING ADDRESS:

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

### PHONE NUMBER:

717 354 4748



IMAGE:
BlueberryPie0308
COPYRIGHT REGISTRATION NUMBER:
VA0002022966



May 29, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## YODER'S COUNTRY MARKET

### MAILING ADDRESS:

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

### PHONE NUMBER:

717 354 4748



IMAGE:
Carrots0409

COPYRIGHT REGISTRATION NUMBER:
VA0002023644



# adlife
MARKETING & COMMUNICATIONS

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## YODER'S COUNTRY MARKET

### MAILING ADDRESS:

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

### PHONE NUMBER:

717 354 4748



IMAGE:
Cauliflower0409

COPYRIGHT REGISTRATION NUMBER:
VA0002023644





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## YODER'S COUNTRY MARKET

**MAILING ADDRESS:**

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

**PHONE NUMBER:**

717 354 4748



IMAGE:
CubeSteakRice001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002045012





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## YODER'S COUNTRY MARKET

**MAILING ADDRESS:**

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

**PHONE NUMBER:**

717 354 4748



**IMAGE:**
HamCheeseSandwichHC1101_L_300_C_R
**COPYRIGHT REGISTRATION NUMBER:**
VA0002012581



### Fresh Deli Meats

**DIETZ & WATSON**

Seltzer's Lebanon Bologna or Sweet Lebanon Bologna
$6.99 lb

John F. Martin Golden Roasted Turkey Breast
$5.99 lb

Dietz & Watson Homestyle Turkey Breast
$7.99

Hatfield German Bologna
$3.69 lb

John F. Martin Buffalo Chicken Breast
$6.99 lb

Dietz & Watson Black Pepper Ham
$6.99

Dietz & Watson Cranberry Honey Mustard 11 oz
$1.99

Hatfield Roast Pork
$6.99 lb

John F. Martin Sugar Cured Baked Ham
$4.99 lb

Alpine Lace Swiss Cheese
$7.99 lb

Dietz & Watson Grilled Honey Chicken Breast
$7.49 lb

Hatfield Liverwurst
$2.79 lb

Kunzler Olive or Macaroni and Cheese Deli Loaves
$4.99 lb

Cooper C.V. Sharp Cheese White or Yellow
$5.99 lb

John F. Martin Farmers Cheese Plain or Veggie
$4.99 lb

8 Piece Fried Chicken
$7.99 each

Winter Gardens Amish Cream Slaw
$2.99 lb

John F. Martin Hot Pepper American Cheese
$4.99 lb

John F. Martin Horseradish American Cheese
$4.99 lb

Homestyle Macaroni and Cheese
$3.99 lb

Winter Gardens Spaghetti Salad
$4.99 lb

Winter Gardens Cherry or Lemon Cheese Delights
$5.99 lb

Pine River Gourmet Cheese Spreads 7.9 oz
$3.99

Land O Lakes American Cheese White or Yellow
$5.99 lb

Hormel Lean Cooked Ham
$2.68 lb

*Family Owned*   *Our Own Made*



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## YODER'S COUNTRY MARKET

**MAILING ADDRESS:**

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

**PHONE NUMBER:**

717 354 4748



IMAGE:
HamCheeseSandwichHR0309
COPYRIGHT REGISTRATION NUMBER:
VA0002022966





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## YODER'S COUNTRY MARKET

**MAILING ADDRESS:**

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

**PHONE NUMBER:**

717 354 4748



**IMAGE:**
LiverwurstSandwich
**COPYRIGHT REGISTRATION NUMBER:**
VA0002009665



### Fresh Deli Meats

**Hatfield Gold Ribbon Tavern Ham** $3.99 Lb

**John F. Martin Golden Roast Chicken Breast** $6.99 Lb

**Dietz & Watson Homestyle Turkey Breast** $7.99 Lb

**Hatfield Minced Bologna** $3.69 Lb

**John F. Martin Deli Roast Beef** $7.99 Lb

**Dietz & Watson Black Pepper Ham** $6.99 Lb

**Dietz & Watson Horseradish Sauce** 12 oz $2.49

**Hatfield Liverwurst** $2.79 Lb

**Seltzer's Lebanon or Sweet Lebanon Bologna** $6.99 Lb

**Dietz & Watson Grilled Honey Chicken Breast** $6.99 Lb

**John F. Martin Horseradish American Cheese** $4.99 Lb

**John F. Martin Hot Pepper American Cheese** $4.99 Lb

**Cooper C.V. Sharp Cheese** $5.99 Lb

**Alpine Lace Swiss Cheese** $7.99 Lb

**All Seasons Texas Salsa** $3.99 Lb

**Pine River Gourmet Cheese Spreads** 7.6 oz 2 for $7

**Berk's Deli Ring Bologna** (Plain or Garlic) 1 Lb $3.99

Contact: licensing@adlife.com

May 29, 2018

# adlife
MARKETING & COMMUNICATIONS

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

## INFRINGEMENT DATA SHEET

## YODER'S COUNTRY MARKET

### MAILING ADDRESS:

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

### PHONE NUMBER:

717 354 4748



IMAGE:
LiverwurstSandwich
COPYRIGHT REGISTRATION NUMBER:
VA0002009665





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## YODER'S COUNTRY MARKET

**MAILING ADDRESS:**

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

**PHONE NUMBER:**

717 354 4748



**IMAGE:**
PorkChopsBonelessSirloin0306
**COPYRIGHT REGISTRATION NUMBER:**
VA0002021644





**Adlife Marketing & Communications Co., Inc.**
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## YODER'S COUNTRY MARKET



### MAILING ADDRESS:

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

### PHONE NUMBER:

717 354 4748

**IMAGE:**
PorkChopsBonelessSirloin0306
**COPYRIGHT REGISTRATION NUMBER:**
VA0002021644



June 22, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## YODER'S COUNTRY MARKET

**MAILING ADDRESS:**

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

**PHONE NUMBER:**

717 354 4748



IMAGE:
PorkRoast001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002055108



# adlife
MARKETING & COMMUNICATIONS

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## YODER'S COUNTRY MARKET

### MAILING ADDRESS:

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

### PHONE NUMBER:

717 354 4748



IMAGE:
RumpRoastCooked002_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002044969



# adlife
MARKETING & COMMUNICATIONS

Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

---

# INFRINGEMENT DATA SHEET

---

## YODER'S COUNTRY MARKET

### MAILING ADDRESS:

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

### PHONE NUMBER:

717 354 4748



IMAGE:
Strawberries001_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002055118



June 22, 2018



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (617) 530-0656

# INFRINGEMENT DATA SHEET

## YODER'S COUNTRY MARKET

### MAILING ADDRESS:

Yoder's Country Market
14 South Tower Road
New Holland, PA 17557

### PHONE NUMBER:

717 354 4748



IMAGE:
TurkeySandwich015_ADL
COPYRIGHT REGISTRATION NUMBER:
VA0002046594



Contact: licensing@adlife.com

May 29, 2018